UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| *Plaintiff*, | : |
| v. | : |
| PENTAGON CAPITAL MANAGEMENT PLC and LEWIS CHESTER, | :    08-CV-03324 (RWS) |
| *Defendants*, | : |
| -and- | : |
| PENTAGON SPECIAL PURPOSE FUND, LTD., | : |
| *Relief Defendant*. | : |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

      Kindly enter the appearances of Frank C. Razzano and Ivan B. Knauer on behalf of defendants Lewis Chester, Pentagon Capital Management PLC, and Pentagon Special Purpose Fund, Ltd. I certify that we are admitted to practice in this Court.

                                              /s/  Frank C. Razzano
                                Frank C. Razzano, Esq.
                                (Admitted in NY & SDNY, FCR 8820)
                                Ivan B. Knauer, Esq.
                                (Admitted in NY & SDNY, IK 2963)
                                Pepper Hamilton LLP
                                Hamilton Square
                                600 Fourteenth Street, N.W.
                                Washington, DC  20005-20004
                                Phone:  202.220.1286
                                Fax:     202.220.1665
                                razzanof@pepperlaw.com
                                knaueri@pepperlaw.com

                                *Counsel for Defendants, Lewis Chester,*
                                *Pentagon Capital Management, PLC and*
Dated:  May 1, 2008                  *Pentagon Special Purpose Fund, Ltd.*

CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, a true and correct copy of the foregoing Entry of Appearance was served electronically via the Court's Electronic Case Filing system on the following:

> Mark K. Schonfeld, Esq.
> Paul G. Gizzi, Esq.
> Securities and Exchange Commission
> Northeast Regional Office
> 3 World Financial Center, Room 4300
> New York, NY  10281-1022
> (212) 336-0077 (Paul Gizzi)
> gizzip@sec.gov

    /s/  Frank C. Razzano
Frank C. Razzano

#9561923 v2