**Filed Electronically**
MARK K. SCHONFELD
REGIONAL DIRECTOR

Attorney for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center
New York, New York 10281-1022
(212) 336-0077 (Gizzi)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION,        :
:
                      Plaintiff,        :    08 CV 3324 (RWS)
:
     - against -        :    ECF Case
:
PENTAGON CAPITAL MANAGEMENT PLC and    :
LEWIS CHESTER,        :
:    **APPEARANCE**
                      Defendants,        :
:
     - and -        :
:
PENTAGON SPECIAL PURPOSE FUND, LTD.,    :
:
                      Relief Defendant.        :
:
------------------------------------------------------------------------x

To the Clerk of this court and all parties of record:

       Enter my appearance as counsel in this case for the plaintiff Securities and Exchange

Commission.

       I certify that I am admitted to practice in this court.

Dated: New York, NY
       May 5, 2008

                                                               s/
                                   _____
                                   Paul G. Gizzi

                                   Attorney for the Plaintiff
                                   SECURITIES AND EXCHANGE COMMISSION
                                   New York Regional Office
                                   3 World Financial Center
                                   New York, New York  10281-1022
                                   (212) 336-0077
                                   (212) 336-1317 (fax)
                                   Email: gizzip@sec.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on May 5, 2008 I electronically filed the foregoing Appearance with the Clerk of this court using the CM/ECF system, and I am relying upon the transmission of the Clerk's Notice of Electronic Filing for service upon the following Filing Users in this matter:

Frank C. Razzano, Esq.
Ivan B. Knauer, Esq.
Pepper Hamilton LLP
Hamilton Square
600 Fourteenth Street NW
Washington, DC  20005-2004
razzanof@pepperlaw.com
knaueri@pepperlaw.com

Counsel for Pentagon Capital Management PLC,
Lewis Chester, and Pentagon Special Purpose Fund, Ltd.


      s/
      _____
      Paul G. Gizzi