**Filed Electronically**
MARK K. SCHONFELD
REGIONAL DIRECTOR

Attorney for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center
New York, New York 10281-1022
(212) 336-0077 (Gizzi)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,            :
                                                :
                    Plaintiff,                  :    08 CV 3324 (RWS)
                                                :
        - against -                             :    ECF Case
                                                :
PENTAGON CAPITAL MANAGEMENT PLC and             :
LEWIS CHESTER,                                  :
                                                :    **APPEARANCE**
                    Defendants,                 :
                                                :
        - and -                                 :
                                                :
PENTAGON SPECIAL PURPOSE FUND, LTD.,            :
                                                :
                    Relief Defendant.           :
                                                :
------------------------------------------------------------------x

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the plaintiff Securities and Exchange Commission.

I certify that I am admitted to practice in this court.

Dated: New York, NY
      May 6, 2008

                                              s/
                                   _____

Mark D. Salzberg

Attorney for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center
New York, New York 10281-1022
(212) 336-0159
(212) 336-1320 (fax)
Email: salzbergm@sec.gov

## CERTIFICATE OF SERVICE

I certify that on May 6, 2008 I electronically filed the foregoing Appearance with the Clerk of this court using the CM/ECF system, and I am relying upon the transmission of the Clerk's Notice of Electronic Filing for service upon the following Filing Users in this matter:

Frank C. Razzano, Esq.
Ivan B. Knauer, Esq.
Pepper Hamilton LLP
Hamilton Square
600 Fourteenth Street NW
Washington, DC  20005-2004
razzanof@pepperlaw.com
knaueri@pepperlaw.com

Counsel for Pentagon Capital Management PLC,
Lewis Chester, and Pentagon Special Purpose Fund, Ltd.


s/
_____
Mark D. Salzberg