# Pepper Hamilton LLP
### Attorneys at Law

Hamilton Square
600 Fourteenth Street, N.W.
Washington, DC 20005-2004
202.220.1200
Fax 202.220.1665



RECEIVED
MAY 1 3 2008
JUDGE SWEET CHAMBERS

Ivan B. Knauer
direct dial: 202.220.1219
knaueri@pepperlaw.com

May 7, 2008

**VIA FACSIMILE**
Honorable Robert W. Sweet
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007
(212) 805-0124



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

So ordered
Sweet USDJ
5-13-08

Re:  *SEC v. Lewis Chester, Pentagon Capital Management PLC, and Pentagon Special Purpose Fund, Ltd.* Case No. 08-CV-03324

Dear Judge Sweet:

We are counsel to the parties in the above-referenced case. On April 4, 2008 the SEC sent the defendants, Lewis Chester, Pentagon Capital Management PLC, and Pentagon Special Purpose Fund, Ltd., a request for waiver of service. The waiver was sent outside the United States, and, under Fed. R. Civ. P. 12(a)(1)(A)(ii) the time to answer or otherwise respond to the complaint would be 90 days after the waiver of service. Pursuant to this Rule, the defendants would have until July 3, 2008 to respond to the complaint. (The docket mistakenly calculates the time for the defendants to respond by using 60 days and not the 90 days allowed under Fed. R. Civ. P. 4(d)(3). *See* Docket #4.)

Due to previously-scheduled vacations by counsel for the parties, counsel have conferred and have agreed to jointly request an extension of time to file a responsive pleading until August 1, 2008. Neither party has previously asked for an extension. As this is a joint request, neither party opposes the request for extension. Therefore, counsel for all parties request this Court grant an extension for the defendants to answer or otherwise respond to the complaint until August 1, 2008.

Philadelphia    Boston    Washington, D.C.    Detroit    New York    Pittsburgh
Berwyn    Harrisburg    Orange County    Princeton    Wilmington

**Pepper Hamilton LLP**
Attorneys at Law

Hon. Robert W. Sweet
Page 2
May 7, 2008

       If you have any questions, or wish to discuss this matter further, please do not hesitate to call.

                            Respectfully submitted,

                            Ivan B. Knauer
                            Counsel for the Defendants

                            Paul G. Gizzi (by IBK, w/ permission)

                            Paul G. Gizzi
                            Counsel for the Plaintiff
                            Securities and Exchange Commission
                            3 World Financial Center
                            New York, NY 10281

IBK:MDF