07/21/08  11:53 FAX 202 220 1665    PEPPER HAMILTON                               ☒ 002

# Pepper Hamilton LLP
###### Attorneys at Law

Hamilton Square
600 Fourteenth Street, N.W.
Washington, DC 20005-2004
202.220.1200
Fax 202.220.1665



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

Ivan B. Knauer
direct dial: 202.220.1219
knaueri@pepperlaw.com

July 21, 2008

**VIA FACSIMILE**
Honorable Robert W. Sweet
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007
(212) 805-7925



RECEIVED
JUL 21 2008
JUDGE SWEET CHAMBERS

So ordered
[signature] USDJ
7.23.08

Re:   *SEC v. Lewis Chester, Pentagon Capital Management PLC, and Pentagon Special Purpose Fund, Ltd.* Case No. 08-CV-03324

Dear Judge Sweet:

    We are counsel to the parties in the above-referenced case. The Defendants anticipate filing a motion to dismiss in response to the SEC's complaint. The parties request an extension of the page limitation for the memorandum in support of the motion to dismiss, opposition and any reply thereto. For the purpose of judicial efficiency, the three Defendants plan to file only one consolidated memorandum in support of their motion to dismiss. Therefore, the parties request that the memorandum in support of the motion to dismiss be limited to 35 pages instead of 25 pages. Additionally, the parties request that any opposition to the motion to dismiss be limited to 35 pages instead of 25 pages. Moreover, the parties request that any reply to the opposition be limited to 15 pages instead of 10 pages. The parties have not made any previous requests for an extension of the page limitation. As this is a joint request, neither party opposes the request for the extension of the page limitation. The parties make this request by letter instead of by motion because it is uncontested and by the consent of all parties.

    Additionally, on May 7, 2008 the parties jointly requested and received an extension of time for the three Defendants to file a responsive pleading to the complaint by August 1, 2008. Since the Defendants plan to file a motion to dismiss, the parties now jointly

---

Philadelphia   Boston   Washington, D.C.   Detroit   New York   Pittsburgh

Berwyn   Harrisburg   Orange County   Princeton   Wilmington

**Pepper Hamilton LLP**
— Attorneys at Law

Hon. Robert W. Sweet
Page 2
July 21, 2008

request an extension of time for the SEC to respond to the motion to dismiss from the original date of August 15, 2008 to September 12, 2008. Moreover, the parties jointly request that the Defendants have an extension of time to file any reply to the SEC's opposition from the original date of August 22, 2008 to October 3, 2008. The parties have made only one previous request for an extension of time on May 7, 2008 but that was solely related to the initial response to the SEC's complaint. As this is a joint request, neither party opposes the request for the extension.

    If you have any questions, or wish to discuss this matter further, please do not hesitate to call.

Respectfully submitted,

*/s/ Ivan B. Knauer*
Ivan B. Knauer
Counsel for the Defendants

*/s/ Mark D. Salzberg (by IBK)*
Mark D. Salzberg
Counsel for the Plaintiff
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281

IBK:MDF