

# Pepper Hamilton LLP
##### Attorneys at Law

Hamilton Square
600 Fourteenth Street, N.W.
Washington, DC 20005-2004
202.220.1200
Fax 202.220.1665

Frank C. Razzano
direct dial: 202.220.1286
razzanof@pepperlaw.com

August 1, 2008

**VIA FACSIMILE**
Honorable Robert W. Sweet
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007
(212) 805-7925



Re:  *SEC v. Lewis Chester, Pentagon Capital Management PLC, and Pentagon Special Purpose Fund, Ltd.* Case No. 08-CV-03324

Dear Judge Sweet:

    We are counsel to the parties in the above-referenced case. The Defendants will notice their motion to dismiss for November 19, 2008. The Court scheduled the pre-trial conference for October 29, 2008. Both counsel request that the court re-schedule the pre-trial conference for November 19, 2007 to coincide with the motion to dismiss. Counsel for the Defendants will be teaching a course in White Collar Crime at Catholic University in Lublin, Poland from October 6-27, 2008. Counsel for the Plaintiff will begin a trial in October and does not anticipate it concluding until November. Therefore, the parties jointly request that the Court hold the pre-trial conference on November 19, 2008.

    If you have any questions, or wish to discuss this matter further, please do not hesitate to call.

*So ordered*
*[signature] (USDJ)*
*8.6-08*

---

Philadelphia   Boston   Washington, D.C.   Detroit   New York   Pittsburgh

Berwyn   Harrisburg   Orange County   Princeton   Wilmington

www.pepperlaw.com

Pepper Hamilton LLP
———————————————
       Attorneys at Law

Hon. Robert W. Sweet
Page 2
July 1, 2008

                                     Respectfully submitted,

                                     */s/ Frank C. Razzano*

                                     Frank C. Razzano
                                     Counsel for the Defendants

                                     */s/ Paul G. Gizzi* by

                                     Paul G. Gizzi
                                     Counsel for the Plaintiff
                                     Securities and Exchange Commission
                                     3 World Financial Center
                                     New York, NY 10281

FCR:MDF