UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  - against -

PENTAGON CAPITAL MANAGEMENT
PLC, et al.,

        Defendants.

------------------------------------X

08 Civ. 3324 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

**Sweet, D.J.,**

        Defendant's motion filed August 1, 2008, will be taken on submission without oral argument on Wednesday, August 27, 2008. All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

**New York, NY**
**August 13, 2008**

                          ROBERT W. SWEET
                            U.S.D.J.