UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

        - against -

PENTAGON CAPITAL MANAGEMENT PLC and
LEWIS CHESTER,

                        Defendants,

        - and -

PENTAGON SPECIAL PURPOSE FUND, LTD.,

                        Relief Defendant.
--------------------------------------X

08 Civ. 3324 (RWS)


O R D E R


**Sweet, D.J.,**


        Defendants' motion in limine will be heard at noon on
Wednesday, November 4, 2009, in Courtroom 18C.  All motion papers
shall be served in accordance with Local Civil Rule 6.1.


        It is so ordered.


**New York, NY**
**October** /3 , **2009**

_____
ROBERT W. SWEET
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-14-09