UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION,   :   08-CV-03324 (RWS)
:
Plaintiff,   :
:
- against -   :   ECF CASE
:
PENTAGON CAPITAL MANAGEMENT PLC and   :
LEWIS CHESTER,   :
:
Defendants,   :
:
- and -   :
:
PENTAGON SPECIAL PURPOSE FUND, LTD.,   :
:
Relief Defendant.   :
:
------------------------------------------------------------------------x

### NOTICE OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DEFENDANTS' LATE TRADING THROUGH TRAUTMAN WASSERMAN & CO.

PLEASE TAKE NOTICE that, pursuant to the Court's Order issued March 14, 2011, and upon the accompanying Plaintiff Securities and Exchange Commission's Memorandum of Law in Support of Motion For Partial Summary Judgment Regarding Defendants' Late Trading Through Trautman Wasserman & Co., the Declaration of Christopher J. Dunnigan dated March 16, 2011 and its accompanying exhibits, and Plaintiffs' Statement of Undisputed Facts Pursuant to Local Rule 56.1 of this Court, Plaintiff will move this Court, before the Honorable Robert W. Sweet, at the United States Courthouse, 500 Pearl Street, New York, New York, at such time as the Court may designate, for partial summary judgment regarding Defendants' Late Trading through Trautman Wasserman & Co., and requests that the Court grant Plaintiff the relief sought in the Amended Complaint.

Dated: New York, New York
        March 16, 2011

                                                          /s/
                                        Christopher J. Dunnigan
                                        United States Securities and Exchange
                                        Commission
                                        Division of Enforcement
                                        3 World Financial Center
                                        New York, NY 10281-1022
                                        T: (212) 336-1319 - direct
                                        F: (212) 336-1319 - fax

TO:

**Counsel for Defendants and Relief Defendant**
Frank Razzano
Pepper Hamilton LLP
600 Fourteenth Street, N.W.
Washington, DC 20005-2004
T: (202) 220.1602 - Direct
F: (202) 220.1665 - Fax