UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,
                       Plaintiff,              08 Civ. 3324(RWS)

  -against-                             ORDER

PENTAGON CAPITAL MANAGEMENT PLC and
LEWIS CHESTER,
                      Defendants,

  -and-

PENTAGON SPECIAL PURPOSE FUND, LTD.,
                  Relief Defendant.

------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/12

**Sweet, D.J.**

The opinion of this Court dated February 14, 2012 in the above-captioned action is hereby amended as follows:

Line 14 on Page 8, which currently reads "100 x $10 + 200 x $40 = $10,000" is to be amended to:

"100 x $20 + 200 x $40 = $10,000"

It is so ordered.

**New York, NY**
**August 20, 2012**

                                             ROBERT W. SWEET
                                                 U.S.D.J.